# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 30, 2015

## NO. 03-14-00548-CV

**M&M Orthodontics P.A., and Harlingen Family Dentistry, Appellants**

**v.**

**Texas Health and Human Services Commission; Dr. Kyle Janek, In His Official Capacity as the Executive Commissioner of Texas Health and Human Services Commission; Carole Hurley, Chief Administrative Law Judge for the Texas Health and Human Services Commission; Judge Keith Grantham of the Appeals Division Texas Health and Human Services Commission; and Rick Gilpin, Administrative Law Judge of the Appeals Division Texas Health and Human Services Commission, Appellees**

## APPEAL FROM 345TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD
## VACATED AND DISMISSED FOR WANT OF JURISDICTION –
## OPINION BY JUSTICE PURYEAR

This is an appeal from the judgment signed by the trial court on August 7, 2014. Having reviewed the record, it appears to the Court that appellant's appeal is moot because no further controversy exists between the parties. Therefore, the Court vacates the trial court's judgment and dismisses the appeal as moot. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.